**Electronically Filed**
**Supreme Court**
**SCWC-28592**
**06-SEP-2012**
**04:08 PM**

NO. SCWC-28592

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

HAWAIIAN ASSOCIATION OF SEVENTH-DAY ADVENTISTS,
A Hawai'i Non-Profit Corporation,
Respondent/Plaintiff-Appellant-Cross-Appellee,

vs.

STACEY T.J. WONG, As Trustee of the Eric A. Knudsen Trust,
Petitioner/Defendant-Appellee-Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28592; CIVIL NO. 03-1-0026)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

The application for writ of certiorari, filed on July 24, 2012 by Petitioner/Defendant-Appellee-Cross-Appellant Stacey T.J. Wong, as Trustee of the Eric A. Knudsen Trust, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, September 6, 2012.

Michael D. Tom, Lyle M. Ishida, David R. Harada-Stone for the petitioner.

Michael R. Marsh, James M. Cribley and Mark G. Valencia for the respondent.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

